**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| DARREN KEVIN COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:17-CV-80 (MTT) |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends remanding the Plaintiff's case to the Commissioner for a reevaluation of the evidence. Doc. 15 at 1. The Commissioner has objected to the Recommendation.[1] Doc. 16. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Commissioner's objection and has made a de novo determination of the portions of the Recommendation to which the Commissioner objects. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED**, this 15th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] In its objection, the Commissioner "reasserts and incorporates by reference all arguments previously raised in Defendant's Memorandum in Support of the Commissioner's Decision." Doc. 16 n.1.